

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

## State of Louisiana
### Department of Public Safety and Corrections
### B. B. "Sixty" Rayburn Correctional Center

TO WHOM IT MAY CONCERN:

SUBJECT:   **DERALD JOHNSON - LADOC #511852**

I certify that the attached eighteen (18) pages are true copies of the of the original Detainer from the Inmate Record of Derald Johnson, #511852, that is maintained in the Inmate Record Department at Rayburn Correctional Center.

Ivy Morris
Corrections Records Manager 2

WITNESSES:

Nancy Pace

Joy Williams

SWORN TO AN SUBSCRIBED BEFORE ME ON THIS ___26th___ DAY OF _August_, 2008.

Daisy Wascom, #84493
Administrative Assistant 5
EX-OFFICIO NOTARY
Department of Public Safety & Corrections

27268 Highway 21 • Angie, Louisiana 70426 • (985) 986-5000 • Fax (985) 986-5004
www.doc.la.gov
An Equal Opportunity Employer



BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

## State of Louisiana
### Department of Public Safety and Corrections
### B. B. "Sixty" Rayburn Correctional Center

TO: MeMe Hunley
Assistant Attorney General

FROM: Ivy Morris
Corrections Records Manager 2

DATE: August 25, 2008

SUBJECT: Derald Johnson #511852

On August 20, 2008 Nancy Pace, Record Analyst received a letter regarding a detainer remover from South Carolina, Ninth Judicial Circuit (which came from Headquarters in Baton Rouge). The letter stated the South Carolina charges were dismissed (F675574-trafficking in Crack), (F675575 - Possession with intent to distribute Crack within proximity to school).

On July 1, 2008 Ivy spoke with Ms. Chaplain in South Carolina Warrant Division, who advised that the charges were still active.

Being that this letter came from South Carolina Judicial Circuit, Nancy called warrants to make sure these charges were dismissed. Nancy spoke with Lashonda (warrants) who stated that these two charges were dismissed, but Inmate Johnson had 4 counts of Fraudulent Checks-Warrant #2000SU72596. Ms. Lashonda advised they were not going to extradit and were not going to place a detainer. Therefore, the detainer for South Carolina F675574 and F675575 was removed by Ms. Nancy Pace.

cc: Rcc Records

# SPECIAL PROJECT/ASSIGNMENT/CASE HISTORY NARRATIVE

SUBJECT: Herald Johnson #511852

| ACTIVITY DATE | NARRATIVE DESCRIPTION |
|---|---|
| 8-20-08 | Received a letter from South Carolina, Ninth Judicial Circuit (which came from Headquarters in Baton Rouge) that stated the South Carolina charges were dismissed (F675574-trafficking in Crack)(F675575-Possession w/ Intent to Distribute Crack within proximity to School). I saw in Record that Iny spoke w/ Mrs. Chaplain in South Carolina Warrant Division on 7-1-08 and the charges were still active. Being this letter came from S.C. Ninth Judicial Circuit I called Warrants to make sure these charges were dismissed. I spoke with Lashonda (Warrants) who state these 2 charges were dismissed but he did have 4 counts of Fraudulent Checks - Warrant #2000 SU 72 596 but they were not going to extradite and were not going to place a detainer. Therefore I recalled the South Carolina Detainer for F675574 & F675575. NPP |

The State of South Carolina



Solicitor, Ninth Judicial Circuit

101 Meeting Street, Fourth Floor
Charleston, South Carolina  29401
Telephone:  (843) 958-1900
Facsimile:  (843) 958-1905
www.scsolicitor9.org

Solicitor

Scarlett A. Wilson

August 6, 2008

Jeff Travis
Chief of Operations
Department of Corrections
Baton Rouge, Louisiana 70804

RE: Derald Johnson
　　SSN 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
　　DOB 3/24/70

Dear Mr. Travis,
We do not wish to extradite Derald Johnson (DOC 511852) for warrant F675574 (trafficking in crack)) or for warrant F675575 (Possession with intent to distribute crack within proximity to school).  It is my understanding that he is currently serving a prison term in Rayburn Correctional Center   In light of his lengthy prison sentence in Louisiana, our South Carolina charges are being dismissed, and we wish to release our hold on Mr. Johnson.   Please contact me at 843-958-1911 if I can be of any further assistance in this matter.  Thank you for your assistance.

Sincerely,

Tyler Schachte Whitaker
Assistant Solicitor
Ninth Judicial Circuit
O.T. Wallace Building
101 Meeting Street
Charleston, SC 29201

**Received**

AUG 2 0 2008

**RCC Records**

CC: Helen G. Berrigan, Chief Judge for U.S. District Court for Louisiana
　　Mimi Hunley, Assistant Attorney General

AUG-20-2008 Case 2:08-cv-01140-HGB-JCW Document 22-2 Filed 09/18/08 Page 5 of 19 P.01/03
Sheriff, Charleston County 843-308-7327

09 AUG 20 PM 1:28



3505 Pinehaven Drive
Charleston Heights, SC 29405-7789

# WARRANTS DIVISON

## FAX# 843-308-7327 OFFICE # 554-2451
## O.D. # 843-308-7333
## DISPATCH # 843-202-1700

Date: 8/20/08

Time: _____

To: Ivy Morris

Fax: 985-986-5022

Comments: LaShonda

#of pages sent (including cover sheet): 3

FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. If the reader of this message is NOT the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, PLEASE notify us by phone and return the original This FAX message may contain PRIVILEGED and/or CONDIFENTIAL INFORMATION INTENDED ONLY message to us at the above address via US Postal Service. THANK YOU



```
08/20/2008  13:26          CHARLESTON CRIMINAL SYSTEM           WAR  IP47 R1PIQ01
                          ***** CRIMINAL DOCKET INQUIRY *****

   FUNCTION __

            CASE ID:  YEAR: 1998   COURT: GS   LOC: 10  NUMBER: 002597

      ID        NAME                          ID        NAME
    A JOHNSON, DERALD GENE


* * * * * * * * * * * * * * DOCKET * * * * * * * * * * * * * * * * * * *
        DATE       CODE  DEF  CNT   GROUP    FEE/FINE    FREEFORM  LAST UPD  OPER
 01) 08 13 2008 RCALB    A    01                                   08 15 2008 SCC
     RECALLED BENCH WARRANT/RECALLED 8/8/2008
 02) 08 08 2008 BWARR    A    01                                   08 11 2008 SCC
     BENCH WARRANT RETURNED - RESCINDED/ORDER/JUDGE HUGHSTON
 03) 07 25 2008 RSTR     A    01                                   07 28 2008 SCC
     RESTORE/RETURN/FTA 06-23-2000
 04) 04 05 2001 *RECT    A    00    *REC     1750.00-     Y        04 05 2001 EMG
     RECT# 2001-001759 AMT:      1750.00  DOC #
 05) 03 05 2001 *RECT    A    01    *REC     1750.00-     Y        03 05 2001 JMA
     RECT# 2001-001172 AMT:      1750.00  DOC #

 ENT 01-05,FS,PS,PD,DS,SS,PR,EV OR PF1
```

Fax from : 843 308 7327                                    08/20/08  12:32   Pg: 2

```
08/20/2008  13:26           CHARLESTON CRIMINAL SYSTEM          WAR  IP47 R1PIQ01
                           ***** CRIMINAL DOCKET INQUIRY *****

     FUNCTION __

               CASE ID: YEAR: 1998    COURT: GS    LOC: 10  NUMBER: 002598

        ID        NAME                              ID        NAME
      A JOHNSON, DERALD GENE


    * * * * * * * * * * * * * * * DOCKET * * * * * * * * * * * * * * * * * * *
         DATE       CODE   DEF    CNT    GROUP     FEE/FINE    FREEFORM   LAST UPD   OPER
  01) 08 13 2008   RCALB    A     01                                      08 15 2008  SCC
      RECALLED BENCH WARRANT/RECALLED 8/8/2008
  02) 08 08 2008   BWARR    A     01                                      08 11 2008  SCC
      BENCH WARRANT RETURNED - RESCINDED/ORDER/JUDGE HUGHSTON
  03) 07 25 2008   RSTR     A     01                                      07 28 2008  SCC
      RESTORE/RETURN/FTA 06-23-2000
  04) 06 23 2000   BWARI    A     01                                      06 23 2000  CAR
      BENCH WARRANT ISSUED              RET:INSTANTER   RE:JOHNSON, DERALD GENE
  05) 06 23 2000   TRNF     A     01                                      06 23 2000  CAR
      TRANSFERED FROM: CASE ID: 1998OW10000351  DEFENDANT: A COUNT: 02

  ENT 01-05,FS,PS,PD,DS,SS,PR,EV OR PF1
```



**TRACY DIBENEDETTO/CORRECTIONS**
07/01/2008 03:15 PM

To Ivy Morris/RCC/CORRECTIONS@CORRECTIONS
cc
bcc
Subject Re: DERALDJOHNSON #511852

The only way the judge can have it removed is if S, Carolina placed the detainer for the judge in La. (which i doubt) The inmate was not on probation or anything like that where S. Carolina would be supervising him for us.   I would call and check with S. Carolina if the detainer is still good then let it stay.
Ivy Morris/RCC/CORRECTIONS

**Ivy Morris/RCC/CORRECTIONS**
07/01/2008 02:26 PM

To TRACY DIBENEDETTO/CORRECTIONS@CORRECTIONS
cc
Subject DERALDJOHNSON #511852

THE ABOVE INMATE IS SERVING A HFC SENTENCE FOR 20 YEARS FOR PWID COCAINE/MARIJUANE WITH A DETAINER FROM THE COUNTY OF CHARLESTON, SOUTH CAROLINA.  IN THE COURT MINUTES THE JUDGE ORDERED THE DETAINER FROM SOUTH CAROLINA BE REMOVED.  CAN THE JUDGE ORDER A DETAINER BE REMOVED AND FROM A ANOTHER STATE?

THIS INMATE HAS FILED AN ARP REQUESTING THAT THE DETAINER BE REMOVED PER THE COURT ORDER.  PLEASE LET ME KNOW IF THIS CAN BE DONE.  THANKS

Fax from : 8433087327          07/07/08   13:42    Pg: 1

J. Al Cannon, Jr., Esq.
Sheriff, Charleston County



3505 Pinehaven Drive
Charleston Heights, SC 29405-7789

08 JUL -7 PM 2:43

# CHARLESTON COUNTY WARRANTS
# HOLD FORM
## WARRANTS DIVISION
OFFICE # 843-554-2451    FAX # 843-308-7327

TO: _Ivy Morris_

FAX: _958-986-5022_

FROM: Charleston County Sheriff's Office Warrants Office

DATE: _7-7-08_

☑ **PLACE HOLD**

Name: _Johnson, Derald Gene_

Oca Number: _2000-0168448 &_   Date of Birth: _03-24-70_
_2060-009521_
Warrant Number: _1998 GS-10-002597 & 2000-SU-72-0005960L_
_Thru 59604_

Inmate Number: _____

Comments: _Subject has 2 Gen Sessions Bench Warrant_
_And 4 Magistrates Bench Warrants_

☐ **RELEASE HOLD**

Name: _____

Warrant Number: _____

Warrants Tech Signature: _Nellie B. Chaplin_

TEL:                                    FAX:

JUL. 7. 2008   2:41PM   JK HARRIS                NO. 613   P. 1

Fax from : 8433087327  07/07/08 13:42  Pg: 1

**J. Al Cannon, Jr., Esq.**
Sheriff, Charleston County



3505 Pinehaven Drive
Charleston Heights, SC 29405-7789

08 JUL -7 PM 2:43

# CHARLESTON COUNTY WARRANTS
## HOLD FORM
### WARRANTS DIVISION
OFFICE # 843-554-2451     FAX # 843-308-7327

TO: Ivy Morris

FAX: 958-986-5022

FROM: Charleston County Sheriff's Office Warrants Office

DATE: 7-7-08

☑ **PLACE HOLD**

Name: Johnson, Derald Gene

Oca Number: 2000-0168448 &     Date of Birth: 03-24-70
            2000-009521

Warrant Number: 1998GS-10-002597 & 2000-54-72-00059601
                                    Thru 59604

Inmate Number: _____

Comments: Subject has 2 Gen Sessions Bench Warrant
And 4 Magistrates Bench Warrants

☐ **RELEASE HOLD**

Name: _____

Warrant Number: _____

Warrants Tech Signature: Nellie B. Chaplin

TEL:     FAX:

JUL. 7. 2008  2:41PM  JK HARRIS     NO. 613  P. 1

BOBBY JINDAL  
Governor

JAMES M. Le BLANC  
Secretary

# State of Louisiana
## Department of Public Safety and Corrections
### B. B. "Sixty" Rayburn Correctional Center

TO: MeMe Hunley  
Assistant Attorney General

FROM: Ivy Morris  
Corrections Records Manager 2

DATE: April 15, 2008

SUBJECT: Derald Johnson - DOC#511852

The above inmate was arrested by the St. James Parish Sheriff's Office on July 19, 2003. A detainer was sent to St. James Parish Sheriff's Office on September 5, 2003 from Charleston County Sheriff's Office in South Carolina.

Inmate Johnson was sentenced to DOC on January 23, 2007. He transferred from St. James Parish Sheriff's Office to Hunt HRDC on April 3, 2007. On April 30, 2007 inmate Johnson transferred to Rayburn Correctional Center and the detainer was placed on this inmate.

No further action was taken on information sent from Charleston County Sheriff's Office.

cc: Records RCC

# Willy J. Martin, Jr.
## Sheriff
### Ex-Officio Tax Collector



**St. James Parish**
P.O. Box 83
5800 Highway 44
Convent, LA 70723

Telephone
Civil: 225-562-2378
Criminal: 225-562-2374

Fax
Civil: 225-562-2380
Criminal: 225-562-2218

DATE: 04/03/07

TO: Hunt's Correctional Facility

RE: Derald Gene Johnson

RACE/SEX: B/M    DOB: 03/24/70

CHARGES: Charleston County S/O pending Charges In (South Carolina)

Please use this letter as your authority to place a detainer on the above named inmate for this department. Please contact this office when this subject is ready to be released.

Sincerely,

Dty Zelda Williams #276
Deputy Sheriff
St. James Parish Sheriff's Office
5800 Highway 44
Convent, LA  70723
Phone:  225-562-2204   Fax: 225-562-2225

A3-006831



# FUGITIVES & EXTRADITIONS
## "He Escapes Who Is Not Pursued"

| To | Warden Scioneaux |
|---|---|
| FAX NUMBER | 225-562-2225 |
| AGENCY | St. James Sheriff's Office |
| FROM | Sgt. B. K. Williams |
| DATE | 5 September 2003 |
| MESSAGE | Re: Johnson, Derald Gene (B/M   DOB: 03.24.70   SSN: 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) |
| | Attached are copies of our warrants we hold for the above referenced subject. I understand that a hold is in place for our agency, and we will extradite. |
| | Please advise if the subject has waived extradition or whether we will need to pursue a Governor's Warrant. |
| | Please do not hesitate to contact me directly @ 843.740.3107, or the telephone numbers indicated below if you require any further information. |
| | As always, thanks for the help, bk. |

FAX 1 - 843/740-3105 - ORI #SC0100000 - HQ (24 HRS) 1-843/554-4700 - Fugitives DIV 1-843/ 554-2451
Office hours (0800/1600) Sgt. 24 hr pager = 1 - ( 843 ) 570-0029
This transmission consists of ( 5 ) pages including cover sheet.

Note : All information transmitted hereby is intended only for the addressee (s) named above. If this information is received in error, please notify Special Operations Bureau, Charleston County Sheriff's Office immediately by calling collect at the above listed number(s) and returning the original message to the above address via U.S. Mail. This agency will reimburse any incurred expense.

*[Handwritten notes: 7/1/08 Warrant 843-554-2454 Active Records 843-529-7474 Ms. Chaplain stated detainer is still active]*

STATE OF SOUTH CAROLINA
COUNTY OF CHARLESTON    2000-016844
STATE

-vs-

JOHNSON, DERALD GENE

DIST OF DRUGS/PROX. OF SCHOOL

FAILURE TO APPEAR

BENCH WARRANT

BENCH WARRANT/GENERAL SESSIONS #1998-GS-10-002598

ISSUED 06/23/2000    COURT OF GENERAL SESSIONS

HOME ADDRESS:    4239 RIVERS AVE. #10

NORTH CHARLESTON                SC   29405-0000

BUSINESS ADDRESS:

NORTH CHARLESTON                SC   29405-0000

SEX: MALE    RACE: BLACK    DATE OF BIRTH: 03/24/1970

HEIGHT: 6 00   WEIGHT: 170   EYES:         HAIR:

SOCIAL SECURITY NUMBER: 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   DRIVER LIC. #:090297720    SC

OND INFORMATION: HOME QUICK #102

ARRESTING OFFICER: EDWARDS/SINGLETARY

ARRESTING AGENCY: NCPD - CITY OF NORTH CHARLESTO    WARRANT # F675575

ATTORNEY OF RECORD: GWENDOLYN ROBINSON

DATE SERVED:

SERVED BY:

-OR-

DATE RETURNED:

REASON FOR RETURN:

COUNTY OF CHARLESTON
COURT OF GENERAL SESSIONS

STATE
-VS-
JOHNSON, DERALD GENE

WARRANT/CASE NO. 1998-GS-10-002598

TO ALL THE SHERIFFS, DEPUTY SHERIFFS, CONSTABLES, AND OTHER PEACE OFFICERS OF THE STATE:

WHEREAS, AT THE TERM OF THE AFORESTATED COURT 06/23/2000 2000, IT WAS AMONG OTHER THINGS ORDERED BY JUDGE JUDGE COTTINGHAM THAT A BENCH WARRANT SHOULD BE ISSUED FOR THE ARREST OF JOHNSON, DERALD GENE FOR FAILURE TO APPEAR ON CHARGE: DIST OF DRUGS/PROX. OF SCHOOL(.

IT IS, THEREFORE, ORDERED THAT YOU MAKE DILIGENT SEARCH FOR THE ABOVE NAMED AND TAKE HIM TO THE COUNTY JAIL WHERE HE WILL BE SAFELY HELD UNTIL HE MAY BE BROUGHT BEFORE THIS COURT, OR OTHERWISE DISCHARGE BY DUE COURSE OF LAW.

IT IS FURTHER ORDERED THAT THE COUNTY JAILER NOTIFY THE CLERK OF COURT IMMEDIATELY, DURING THE NORMAL OPERATING HOURS OF THE OFFICE OF THE CLERK OF COURT, THAT THE ABOVE NAMED IS IN CUSTODY.

WITNESS, THE CLERK OF COURT FOR THE COUNTY OF CHARLESTON ON THE 23RD DAY OF JUNE, 2000.

*Julie J. Armstrong*
CLERK OF COURT

STATE OF SOUTH CAROLINA
COUNTY OF CHARLESTON
STATE

-vs-

JOHNSON, GERALD GENE

TRAFFICKING CRACK COCAINE 200G

FAILURE TO APPEAR

BENCH WARRANT

BENCH WARRANT/GENERAL SESSIONS #1998-GS-10-002597

ISSUED 06/23/2000      COURT OF GENERAL SESSIONS

HOME ADDRESS:     4239 RIVERS AVE. #10
                  NORTH CHARLESTON             SC   29405-0000

BUSINESS ADDRESS:
                  NORTH CHARLESTON             SC   29405-0000

SEX: MALE    RACE: BLACK    DATE OF BIRTH: 03/24/1970
HEIGHT: 6 00   WEIGHT: 170   EYES:          HAIR:
SOCIAL SECURITY NUMBER. 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   DRIVER LIC. #:090297720           SC

BOND INFORMATION: HOME QUICK #102

ARRESTING OFFICER: EDWARDS/SINGLETARY

ARRESTING AGENCY:  NCPD - CITY OF NORTH CHARLESTO   WARRANT # F675574

ATTORNEY OF RECORD: GWENDOLYN ROBINSON


                    DATE SERVED:

                    SERVED BY:

                       -OR-

                    DATE RETURNED:

                    REASON FOR RETURN:

COUNTY OF CHARLESTON                                    STATE

COURT OF GENERAL SESSIONS                    —VS—

                                        JOHNSON, GERALD GENE
                    WARRANT/CASE NO. 1998-GS-10-002597

TO ALL THE SHERIFFS, DEPUTY SHERIFFS, CONSTABLES, AND OTHER PEACE OFFICERS OF THE STATE:

WHEREAS, AT THE TERM OF THE AFORESTATED COURT 06/23/2000     2000, IT WAS AMONG OTHER THINGS ORDERED BY JUDGE JUDGE COTTINGHAM         THAT A BENCH WARRANT SHOULD BE ISSUED FOR THE ARREST OF JOHNSON, GERALD GENE FOR FAILURE TO APPEAR ON CHARGE: TRAFFICKING CRACK COCAINE 2000.

IT IS, THEREFORE, ORDERED THAT YOU MAKE DILIGENT SEARCH FOR THE ABOVE NAMED AND TAKE HIM TO THE COUNTY JAIL WHERE HE WILL BE SAFELY HELD UNTIL HE MAY BE BROUGHT BEFORE THIS COURT, OR OTHERWISE DISCHARGE BY DUE COURSE OF LAW.

IT IS FURTHER ORDERED THAT THE COUNTY JAILER NOTIFY THE CLERK OF COURT IMMEDIATELY, DURING THE NORMAL OPERATING HOURS OF THE OFFICE OF THE CLERK OF COURT, THAT THE ABOVE NAMED IS IN CUSTODY.

WITNESS, THE CLERK OF COURT FOR THE COUNTY OF CHARLESTON ON THE 3RD DAY OF   JUNE   , 2000.

                                        _Julie J. Armstrong_
                                        CLERK OF COURT

                                                            TOTAL P.05

```
MSG 01FE000438 SOCONV00 05713E NLETS      4AE7C8 20030720 02:18:33
LA0470000
CTL/
ATN/

YR.SC0100000
00:21 07/20/2003 00134
00:21 07/20/2003 00197 LA0470000
*01FE000438
TXT
****HIT CONFIRMATION RESPONSE****

THE RECORD BELOW:IS CONFIRMED

OCA/2000-016844B.NIC/W873991630.

**WANTED PERSON**

NAM/JOHNSON, DERALD.DOB/19700324.SEX/M.

NAME OF CONFIRMER:KRAUS, DEPUTY       OP BOWERS.
CONFIRMING AGENCY:CHARLESTON COUNTY SHERIFFS OFF.
PHONE:(843)554-2460.
REMARKS:PLEASE PLACE A HOLD ON THIS SUBJECT OUR WARRANTS ARE ACTIVE AND WE WILL
TE WILL HAVE OUR SGT B K WILLIAMS CALL ON MONDAY JULY 21 2003 IN REFERENCE TO,
MAKE PLANS TO EXTRADITE PLEASE PLACE A HOLD ON HIM FOR OUR SHERIFFS OFFICE,
THANKYOU FOR ALL YOUR HELP   OP ABOWERS
```

Case #
A3-00683/

See narrative
RPP

COUNTY OF CHARLESTON                                    STATE

COURT OF GENERAL SESSIONS                               -VS-

                                        JOHNSON, DERALD GENE

                        WARRANT/CASE NO. 1998-GS-10-002597

TO ALL THE SHERIFFS, DEPUTY SHERIFFS, CONSTABLES, AND OTHER PEACE OFFICERS OF THE STATE:

WHEREAS, AT THE TERM OF THE AFORESTATED COURT 06/23/2000    2000, IT WAS AMONG OTHER THINGS ORDERED BY JUDGE JUDGE COTTINGHAM       THAT A BENCH WARRANT SHOULD BE ISSUED FOR THE ARREST OF JOHNSON, DERALD GENE FOR FAILURE TO APPEAR ON CHARGE: TRAFFICKING CRACK COCAINE 2000.

IT IS, THEREFORE, ORDERED THAT YOU MAKE DILIGENT SEARCH FOR THE ABOVE NAMED AND TAKE HIM TO THE COUNTY JAIL WHERE HE WILL BE SAFELY HELD UNTIL HE MAY BE BROUGHT BEFORE THIS COURT, OR OTHERWISE DISCHARGE BY DUE COURSE OF LAW.

IT IS FURTHER ORDERED THAT THE COUNTY JAILER NOTIFY THE CLERK OF COURT IMMEDIATELY, DURING THE NORMAL OPERATING HOURS OF THE OFFICE OF THE CLERK OF COURT, THAT THE ABOVE NAMED IS IN CUSTODY.

WITNESS, THE CLERK OF COURT FOR THE COUNTY OF CHARLESTON ON THE 23RD DAY OF    JUNE    , 2000.

                                        *Julie J. Armstrong*
                                        CLERK OF COURT